# United States Court of Appeals
# for the Fifth Circuit

————————

No. 22-10289
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
April 14, 2023

Lyle W. Cayce
Clerk

Ervie Savage,

*Plaintiff—Appellant*,

*versus*

Walmart Stores, Incorporated,

*Defendant—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-1523

———————————————————————

Before Davis, Smith, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Ervie Savage, appearing pro se, appeals the district court's dismissal of her complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Before the district court, Savage sought to vacate an arbitration award and final decision rendered in favor of Walmart Stores, Inc.

———————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10289

Although we liberally construe the briefs of pro se litigants, Savage's brief does not address the district court's specific reasons for granting the motion to dismiss; therefore, she has abandoned the sole issue on appeal. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993); *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Furthermore, we cannot reconsider the arbitration award, as Savage's challenge to the district court's order centers on the merits of the negligence claim that was resolved in her arbitration proceeding. *See* 9 U.S.C. § 10(a); *Nauru Phosphate Royalties, Inc. v. Drago Daic Interests, Inc.*, 138 F.3d 160, 164-65 (5th Cir. 1998).

AFFIRMED.